# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES -REOPENING/CLOSING

Case No. SACV 18-00458 JVS(KESx)　　　　Date February 11, 2019

Title: Stephen Turner v. Maria Santos Davalos

Present: The Honorable　JAMES V. SELNA

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　Attorneys Present for Defendants:

Not Present　　　　Not Present

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 8/14/2018, Dkt 20 .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Make JS-6

☐ Entered _____ .

Initials of Preparer _____